**DENY and Opinion Filed February 9, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01245-CV

### IN RE ADENIYO OLAOLUWA, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09127**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove[1]
Opinion by Justice Breedlove

In this original proceeding, relator seeks mandamus relief from the trial court's sua sponte (1) order vacating final judgment and (2) order to appear. We deny the petition.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition, respondent's response, relator's reply, and the

---

[1] The Honorable Justice Lana Myers was originally a member of this panel. The Honorable Justice Breedlove succeeded Justice Myers on this panel when her term expired on December 31, 2022.

record before us, we conclude that relator has not shown his entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by our November 22, 2022 order.


/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

221245F.P05